**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 20-cv-25340-JLK

SAMANTHA MCDERMOTT

    Plaintiff,

v.

ATLANTIC UNION, INC., and
JENNIFER CABRERA,

    Defendants.
_____/

### ORDER APPROVING FLSA SETTLEMENT AND DISMISSING COMPLAINT WITH PREJUDICE

THIS MATTER comes before the Court upon the parties' Joint Motion for Approval of Settlement Agreement and *in Camera* Review (the "Motion") (DE 16), filed April 12, 2021. Pursuant to the Eleventh Circuit Court of Appeals' holding in *Lynn's Food Stores*, the parties seek this Court's approval of their Settlement Agreement as a "fair and reasonable resolution of a bona fide dispute," and dismissal of Plaintiff's cause of action with prejudice. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). Upon consideration of the Settlement Agreement and the parties' Motion, the Court finds that the Settlement Agreement is fair and reasonable.

Accordingly, after a careful review of the record and the Court being otherwise advised in the premises, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The parties' Joint Motion to Approve Settlement Agreement **(DE 16)** be, and the same is, hereby **GRANTED**;

2. The Settlement Agreement be, and the same is, hereby **APPROVED**; and

3. Plaintiffs' Complaint **(DE 1)** be, and the same is, hereby **DISMISSED with prejudice**. The parties are directed to submit to the Court a draft of the final judgment within five (5) days of this Order.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 14th day of April, 2021.

*[signature]*
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORDIA

**Cc:** All Counsel of Record